PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97632335**
**Filing Date: 10/14/2022**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97632335 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT18\976\323\97632335\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | PSYCHOTIC COSMETICS |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized text PSYCHOTIC COSMETICS, where above the text is the stylized image of an eye with three vertical lines directly beneath the eye, a multi-angled line directly above the eye, and a multi-angled line beneath the left-side portion of the eye. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 800 x 515 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Psychotic Cosmetics |
| *MAILING ADDRESS | 3402 E Grove Avenue |
| *CITY | Visalia |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 93292 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | California |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 003 |
| | Cosmetics; false eyelashes; adhesives for attaching false |

| | | |
|---|---|---|
| *IDENTIFICATION | | eyelashes; eyeliners; eyeliner pencils; eyeshadow; makeup organizers |
| FILING BASIS | | SECTION 1(b) |
| **ATTORNEY INFORMATION** | | |
| | NAME | Hans J Crosby |
| | ATTORNEY DOCKET NUMBER | ASHA 0001 |
| | ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| | YEAR OF ADMISSION | XXXX |
| | U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| | FIRM NAME | ON CALL ATTORNEYS / CROSBY LAW |
| | INTERNAL ADDRESS | CLASSIC COUNSEL, PC |
| | STREET | 1125 West Street, Suite 200 |
| | CITY | Annapolis |
| | STATE | Maryland |
| | COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| | ZIP/POSTAL CODE | 21401 |
| | PHONE | 240-744-4614 |
| | EMAIL ADDRESS | tmuspto@oncallattorneys.com |
| **CORRESPONDENCE INFORMATION** | | |
| | NAME | Hans J Crosby |
| | PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmuspto@oncallattorneys.com |
| | SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmuspto@oncallattorneys.net |
| **FEE INFORMATION** | | |
| | APPLICATION FILING OPTION | TEAS Standard |
| | NUMBER OF CLASSES | 1 |
| | APPLICATION FOR REGISTRATION PER CLASS | 350 |
| | *TOTAL FEES DUE | 350 |
| | *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | | |
| | SIGNATURE | /Hans J Crosby/ |
| | SIGNATORY'S NAME | Hans J Crosby |
| | SIGNATORY'S POSITION | Attorney of record |
| | DATE SIGNED | 10/14/2022 |
| | SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97632335**
**Filing Date: 10/14/2022**

### To the Commissioner for Trademarks:

**MARK:** PSYCHOTIC COSMETICS (stylized and/or with design, see mark)
The literal element of the mark consists of PSYCHOTIC COSMETICS. The mark consists of the stylized text PSYCHOTIC COSMETICS, where above the text is the stylized image of an eye with three vertical lines directly beneath the eye, a multi-angled line directly above the eye, and a multi-angled line beneath the left-side portion of the eye.
The applicant, Psychotic Cosmetics, a limited liability company legally organized under the laws of California, having an address of
   3402 E Grove Avenue
   Visalia, California 93292
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 003:  Cosmetics; false eyelashes; adhesives for attaching false eyelashes; eyeliners; eyeliner pencils; eyeshadow; makeup organizers
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: Hans J Crosby. Hans J Crosby of ON CALL ATTORNEYS / CROSBY LAW, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   CLASSIC COUNSEL, PC
   1125 West Street, Suite 200
   Annapolis, Maryland 21401
   United States
   240-744-4614(phone)
   tmuspto@oncallattorneys.com
The docket/reference number is ASHA 0001.
Hans J Crosby submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
   Hans J Crosby
    PRIMARY EMAIL FOR CORRESPONDENCE: tmuspto@oncallattorneys.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmuspto@oncallattorneys.net


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hans J Crosby/   Date: 10/14/2022
Signatory's Name: Hans J Crosby
Signatory's Position: Attorney of record
Signatory's Phone Number: Not Provided
Signature method: Signed directly within the form
Payment Sale Number: 97632335
Payment Accounting Date: 10/14/2022

Serial Number: 97632335
Internet Transmission Date: Fri Oct 14 12:02:57 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-202210141202582
00616-97632335-8203da3de16d229e3a4a9998b
83ced76128ccfd9094e6e83a1e324bc49708167b
1-CC-02573677-20221014114152137299

